**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CEE BEE PRODUCE, INC., et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | 5:06-CV-181 (WDO) |
| : | |
| **STOKES-SHAHEEN PRODUCE, INC.,** : | |
| **et al.,** : | |
| : | |
| **Defendants** : | |

**ORDER**

Pursuant to 11 U.S.C. § 362(a) this matter is STAYED because of the bankruptcy cases filed by the following Defendants:

| | | |
|---|---|---|
| Lawanda Tucker | Case No. 0650092 | Filed January 26, 2006 |
| Stokes-Shaheen Produce | Case No. 0651263 | Filed July 20, 2006 |

**SO ORDERED this 25th day of July, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**