IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CEE BEE PRODUCE, INC., et al.,** : | |
| **Plaintiffs** : | |
| v. : | 5:06-CV-181 (WDO) |
| **STOKES-SHAHEEN PRODUCE, INC., et al.,** : | |
| **Defendants** : | |

## ORDER

Pursuant to the stay entered in this case, all pending motions are hereby DISMISSED WITHOUT PREJUDICE to the parties' rights to refile the motions, or amended motions, when the stay is lifted based on any new factual or legal developments in the Bankruptcy Court.

**SO ORDERED this 16th day of November, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**