IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CEE BEE PRODUCE, INC., et al.,** | : | |
| **Plaintiffs** | : | |
| v. | : | 5:06-CV-181 (WDO) |
| **STOKES-SHAHEEN PRODUCE, INC., et al.,** | : | |
| **Defendants** | : | |

# ORDER

Based on the filing of a bankruptcy case by the defendants herein, the Court previously stayed this matter. The bankruptcy matter now having concluded, General Produce has moved to lift the stay in this case. Having carefully considered the motion, and noting Defendants' consent to lifting the stay, the Motion to Lift the Stay is GRANTED.

**SO ORDERED this 13th day of June, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**