IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CEE BEE PRODUCE, INC.,** : | |
| Plaintiff, : | |
| **GENERAL PRODUCE, INC.,** : | |
| Intervening Plaintiff, : | 5:06-CV-00181-WDO |
| v. : | |
| **LAWANDA YOUNG TUCKER, et al.,** : | |
| Defendants : | |

**ORDER**

The foregoing matter having come before this Court on the Intervening Plaintiff General Produce, Inc.'s Motion for the immediate Entry of Final Judgment against Lawanda Young Tucker Pursuant to Rule 54(b), and the Court having considered the Motion and finding there is no just reason for delay, said Motion is GRANTED. The Clerk is directed to enter final judgment against Lawanda Young Tucker in this matter in an amount consistent with this Court's Order of September 12, 2007 granting General Produce, Inc.'s Motion for Summary Judgment.

**SO ORDERED this 4th day of October, 2007.**

**S/Clay D. Land
Clay D. Land
United States District Judge**